**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTEN DEYERLER, JOHN COLEMAN, & WILLIAM PHEMISTER, individually and on behalf of all similarly situated individuals, | ) | |
| *Plaintiffs*, | ) | No. 22-cv-01284 |
| | ) | Hon. Jeremy C. Daniel |
| v. | ) | Mag. Albert Berry, III |
| HIREVUE, INC., a Delaware corporation, | ) | |
| *Defendant*. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiffs Kristen Deyerler, John Coleman and William Phemister ("Plaintiffs") and Defendant HireVue, Inc. ("Defendant"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed without prejudice as to the claims of Plaintiffs and the members of the putative class, with each party to bear its own costs.

IT IS SO STIPULATED.

KRISTEN DEYERLER, JOHN COLEMAN, & WILLIAM PHEMISTER, individually and on behalf of all similarly situated individuals

By: /s/ *Andrew T. Heldut*

David L. Gerbie
Andrew T. Heldut
Brendan Duffner
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
dgerbie@mcgpc.com

HIREVUE, INC.

By: /s/ *Gerald L. Maatman*

Gerald L. Maatman, Jr
Tyler Z. Zmick
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
P: (312) 499 6777
F: (312) 277 6903
gmaatman@duanemorris.com

aheldut@mcgpc.com
bduffner@mcgpc.com

*Counsel for Plaintiffs*
*and the putative class members*

tzmick@duanemorris.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 20, 2026, I filed the foregoing *Stipulation of Dismissal* using the Court's CM/ECF Filing System, which will cause a true and correct copy to be sent via electronic transmission to all counsel of record.

/s/ Andrew T. Heldut